**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**LUCIOUS MASON**                                                              **PLAINTIFF**

   **vs.**                                                                      **No:3:19-cv-00066TSL-RHW**

**THE CITY OF MACON**                                            **DEFENDANTS**
**AND BUZZ MCGUIRE
IN HIS OFFICIAL AND/OR
INDIVIDUAL CAPACITY
AND JOHN AND JANE DOES 1-5**

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

The Motion of Defendants City of Macon, Mississippi and Buzz McGuire to dismiss this cause with prejudice based on the agreement of the parties as evidenced by the signatures of Counsel for the parties to this order is sustained. This cause is hereby dismissed with prejudice.

So ordered this the 17th day of September, 2019.

                                                                  */s/ Tom S. Lee*

Agreed:                                             United States Senior District Judge Tom S. Lee
*/s/ Katherine S. Kerby*
Katherine S. Kerby, MBN #3584
Attorney for Defendants City of Macon,
Mississippi, and Buzz MsGuire

*/s/ Michael R. Brown*    .
Michael R. Brown  MBN #99126
The Michael R. Brown Law Offices, P.L.L.C.
Attorney for Plaintiff Lucious Mason

Order prepared by:
Katherine S. Kerby, MSB# 3584
Kerby Law Firm, L.L.C.
Post Office Box 551, Columbus, MS 39703-0551
Telephone:662-889-3733,Fax: 662-328-9553
Email: ksearcyk@bellsouth.net